IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| BOBBY SAMPLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08-CV-232 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, defendant's motion for summary judgment [doc. 14] is **GRANTED**. Plaintiff's motion for summary judgment [doc. 10] is **DENIED**. Plaintiff's motion to expedite [doc. 16] is **DENIED AS MOOT**. This case is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

            s/ Leon Jordan            
United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*    
  PATRICIA L. McNUTT
    CLERK OF COURT